Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN TU,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VACATION WEALTH PARTNERS FUND LLC,<br><br>　　　　Defendant. | Case No.:　**2:25-cv-09009-MCS-BFM**<br><br>Hon. Judge Daniel J. Calabretta<br>Mag. Judge Sean C. Riordan<br><br>**REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT** |

　　　Pursuant to Fed. R. Civ. P. 55, Plaintiff Jonathan Tu requests that the Clerk enter a default against Defendant Vacation Wealth Partners Fund LLC for failure to plead or otherwise defend this action in a timely manner. As support Plaintiff states:

　　　1.　　The Complaint in this matter was filed on September 22, 2025. (See Docket Entry 1.)

　　　2.　　Service of the Summons and Complaint on Defendant Vacation Wealth Partners Fund LLC was completed on October 13, 2025.

　　　3.　　The deadline for the Defendant to respond to the Complaint was November 3, 2025. (Fed. R. Civ. O. 12(a)(1)(A)(i).)

1

4. Defendant has not answered, responded to the Complaint, or otherwise sought to defend. The time to answer or respond to the Complaint has now passed and has not been extended.

WHEREFORE, Plaintiff Jonathan Turequest that the Clerk enter default against Defendant, Vacation Wealth Partners Fund LLC.

DATED: January 19, 2026

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 19, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Dated: January 16, 2026

/s/ Gerald D. Lane Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470